

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-17-00739-CV

Edward R **MEZA**, Jr., Sylvia Meza and New Braunfels Home Health Inc.,
Appellants

v.

Gloria **BURNS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00380
Honorable Karen Crouch, Judge Presiding

## O R D E R

By order dated January 30, 2018, appellants were ordered to provide written proof that the reporter's fee had been paid or arrangements had been made to pay the reporter's fee. On February 9, 2018, appellants filed written proof that the reporter's fee has been paid. It is therefore ORDERED that the reporter's record be filed in this appeal no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court